STATE OF NEW JERSEY v. DARREN ODOM.

March 10, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. BROOKE MURPHY.

March 10, 1987.

Petition for certification granted.   (See 213 *N.J.Super.* 404)

STATE OF NEW JERSEY v. FRED KEMP.

March 10, 1987.

Petition for certification denied.

COUNTY OF ESSEX v. CITY OF EAST ORANGE.

March 10, 1987.

Petition for certification denied.   (See 214 *N.J.Super.* 568)